STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant CHRISTINA DIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0314 YGR |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | |
| CHRISTINA MARIE DIAS, | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date for defendant Christina Marie Dias, currently scheduled for August 18, 2016, at 2:00 p.m., may be continued to September 29, 2016, at 2:00 p.m. for sentencing. The reason for the request is that defense counsel will be unavailable on August 18, 2016, and government counsel starts trial in late August. The proposed continuance will also provide additional time for Ms. Dias to be interviewed by the United States Probation officer before the release of the 35-day draft Pre-sentence Report. United States Probation Officer Charlie Mabie has no objection to the proposed continuance and he

is available should the Court continue the matter to September 29, 2106 for sentencing.

DATED: 7/06/16   _____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 7/06/16   _____/s/_____
CLAUDIA QUIROZ
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date for defendant Christina Marie Dias, currently scheduled for August 18, 2016, at 2:00 p.m., is hereby continued to September 29, 2016, at 2:00 p.m. for sentencing.

SO ORDERED.

DATED: July 14, 2016

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge