**~~PROPOSED~~ XXXXXX ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Yvonne Gonzalez Rogers<br>U.S. District Judge | **RE:** | Christina Marie DIAS |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 4:15-cr-00314-YGR-3 |
| **Date:** | 1/4/17 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Timothy Elder                                       (510)637-3753

U.S. Pretrial Services Officer                      **TELEPHONE NUMBER**

The defendant appeared before Your Honor for a Change of Plea Hearing on this date. Your Honor ordered the defendant released from custody with special conditions. Please initial the box, and return this form to us so that we may comply with your instructions.

[X]   Special Conditions:

1. The defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentenced imposed;

2. The defendant shall not commit any federal, state, or local crime;

3. The defendant shall not travel outside the Northern District of California;

4. The defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services;

5. The defendant shall not possess any firearm, destructive device, or other dangerous weapon;

6. The defendant shall participate in drug, alcohol, and mental health counseling, and submit to drug and alcohol testing, as directed by Pretrial Services;

7. The defendant shall not use alcohol and shall not use or possess any narcotic or other controlled substance without a legal prescription;

8. The defendant shall participate in residential treatment as directed by Pretrial Services and shall not change residence without prior approval of Pretrial Services;

9. The defendant shall comply with a Conviction Alternatives Program (CAP) assessment.

_Yvonne Gonzalez Rogers_                        January 4, 2017
**JUDICIAL OFFICER**                              **DATE**
United States District Court Judge